UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GOLDEN EAGLE INSURANCE CORPORATION, et al.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>MOON MARINE (U.S.A.) CORPORATION<br>　　　　Defendants.<br>_____/ | No. C 12-5438 WHA MED<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　May 9, 2013<br>Mediator:　Shirish Gupta |

　　　IT IS HEREBY ORDERED that the request for defendant Moon Marine (U.S.A.) Corporation's corporate representative to be excused from personally attending the May 9, 2013, mediation session before Shirish Gupta is GRANTED. Moon Marine's general counsel, Laree McGuire, shall participate telephonically throughout the entirety of the mediation in accordance with ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

May 7, 2013　　　　　　　　By: _____
Dated　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　United States Magistrate Judge