1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   GOLDEN EAGLE INSURANCE
     CORPORATION and GENERAL
11   INSURANCE COMPANY OF AMERICA,              No. C 12-05438 WHA

12             Plaintiffs,

13        v.                                    **ORDER SETTING CASE
                                                MANAGEMENT HEARING**
14   MOON MARINE (U.S.A.)
     CORPORATION, a California
15   Corporation.

16             Defendant.

17   ————————————————————————/

18        By order dated January 22, 2013, this action was stayed as to the claims involving

19   plaintiff General Insurance Company of America and defendant Moon Marine (U.S.A.)

20   Corporation (Dkt. No. 41).  The order staying the case as to those parties stated that the case

21   would be stayed "until all or most of the underlying cases are litigated."  As to plaintiff Golden

22   Eagle Insurance Corporation's case against Moon Marine, the order denied the motion to stay.

23   Golden Eagle and Moon Marine have now filed a stipulation of dismissal pursuant to FRCP

24   41(a)(1)(A)(ii), dismissing Golden Eagle's complaint against Moon Marine and dismissing

25   Moon Marine's counterclaim against Golden Eagle.  Accordingly, that portion of the action has

26   been resolved and all claims between those two parties have been dismissed.

27        As to General Insurance and Moon Marine's action, a further case management

28   conference is hereby set for **SEPTEMBER 12, 2013, AT 11:00 A.M.**  The parties must file a case

*United States District Court*
*For the Northern District of California*

management statement at least seven days prior, informing the Court as to the status of the underlying cases.

**IT IS SO ORDERED.**

Dated:  May 14, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2