IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOLDEN EAGLE INSURANCE
CORPORATION and GENERAL
INSURANCE COMPANY OF AMERICA,

    Plaintiff,

  v.

MOON MARINE (U.S.A.)
CORPORATION, a California
Corporation,

    Defendant.
                                              /

No. C 12-05438 WHA

**ORDER GRANTING IN PART
DEFENDANT'S MOTION
TO SEAL**

      On October 17, defendant Moon Marine (U.S.A.) Corporation moved to seal its (1) opposition to plaintiff General Insurance Company of America's summary judgment motion; (2) declaration in support of that opposition; and (3) objections to GICA's evidence in support of the summary judgment motion. This follows the case management order dated September 13, which provided that GICA could bring its summary judgment motion "without prejudice to a showing by Moon Marine *in camera* under oath that its opposition would place Moon Marine in conflict between its coverage issue and its defense on the merits" (Dkt. No. 57).

      Moon Marine's motion to seal is **GRANTED IN PART**. The following portions of Moon Marine's opposition to the summary judgment motion shall be sealed:

- Page 1, lines 20 through 24;
- Page 4, line 11 through page 8, line 9;
- Page 8, line 25 through page 10, line 3;

- Page 10, line 9 through page 11, line 15;
- Page 13, lines 5 through 27;
- Page 15, line 2 through page 16, line 12;
- Page 17, lines 12 through 15;
- Page 18, lines 20 through page 19, line 2; and
- Page 19, lines 12 through 20.

Furthermore, the following parts of Moon Marine's declaration in support of its opposition will be sealed:

- Paragraph 3;
- Paragraph 4;
- Exhibit 2; and
- Exhibit 3.

Moon Marine's objections to GICA's evidence in support of the summary judgment, however, are not sealable. Accordingly, Moon Marine shall file a redacted version of its opposition and supporting declaration, pursuant to the sealing instructions above and the procedures stated in General Order 62. Moon Marine shall also serve a copy of its opposition, supporting declaration, and evidentiary objections onto GICA by **2 PM ON OCTOBER 23**. GICA will then file its reply to Moon Marine's opposition by **12 PM ON OCTOBER 28**.

**IT IS SO ORDERED.**

Dated: October 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2